In the Matter of the Application of JOHN M. HAVILAND, Appellant, for an Order Directing the Board of Elections of the County of Westchester to Provide an Official Ballot for the General Election to Be Held in the Town of New Castle on the 5th Day of November, 1935, in the Form Provided by the Election Law, against LOUIS N. ELLRODT and Another, Constituting the Board of Elections of the County of Westchester, Respondents.— Order denying petitioner's application to direct the board of elections of Westchester county to prepare ballots to be used on the voting machines in the general election to be held in the town of New Castle on the 5th day of November, 1935, so that the names of the petitioner and his fellow candidates, as nominated by the Independent Voters of New Castle, an independent body, will be printed in a separate row and the name and emblem of such independent body will be printed at the left of the row in the same manner as the printing on the face of the voting machines is set up for the regular parties, affirmed, without costs. No opinion. Young, Tompkins, Davis and Johnston, JJ., concur; Scudder, J., dissents and votes to reverse.

In the Matter of the Application of CHARLES BELOUS, Individually and as Chairman of the City Fusion Party, Queens County, and Others, Appellants, for a Mandamus Order against S. HOWARD COHEN and Others, Constituting the Board of Elections of the City of New York, Respondents.— Order dismissing petitioners' application for a peremptory order of mandamus to declare so much of section 137, subdivision 4, of the Election Law, as requires 5,000 signatures upon an independent nominating petition for county offices located within the city of New York, as being unconstitutional, and to direct the board of elections of the city of New York to disregard said portion of section 137 of the Election Law, and to accept, recognize and file any nominating petition for any county office within the city of New York that contains 1,500 or more valid signatures, affirmed, without costs. The facts presented by this petition are not within the purview of *People ex rel. Hotchkiss* v. *Smith* (206 N. Y. 231). No justiciable question is presented to this court. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

In the Matter of the Application of FLORAL PARK LAWNS, INC., Petitioner, for an Order of Prohibition against MEIER STEINBRINK, Justice of the Supreme Court of the State of New York, and Others, in Connection with the Case of FLORAL PARK LAWNS, INC., Plaintiff, v. ELLEN A. O'CONNELL, MARGUERITE O'CONNELL and Others, Defendants.— Motion to amend decision of this court handed down on October 18, 1935, denied. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Young, Scudder, Tompkins, Davis and Johnston, JJ.